BENJAMIN B. WAGNER
Acting United States Attorney
MICHELLE A. PRINCE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2758

**SEALED**

**FILED**

AUG 17 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>4200 E. Commerce Way, Apt. 1911<br>Sacramento, CA,<br><br>    Defendants. | Case No. 2 10 SW 348 GGH<br><br>**SEALING ORDER**<br>**(Under Seal)** |

The Court hereby orders the Search Warrant, Affidavit, and this Order, in the above-referenced matter, shall be sealed until further order of the court.

DATED: August 17, 2010

_____
GREGORY G. HOLLOWS
United States Magistrate Judge