

FILED

JUL 01 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEARCH OF: | CASE NO. 2:10-SW-348 |
|---|---|
| 4200 E. COMMERCE WAY APT 1911 SACRAMENTO, CALIFORNIA | ORDER TO UNSEAL SEARCH WARRANT |

Upon application of the United States, and good cause being shown, prior documents in the above-captioned case, including the search warrant, application for search warrant, and affidavit, are ordered unsealed.

Dated: 7/1/13

THE HON. KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE